In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00420-CV
_____

**TRACEY DENBY, Appellant**

**V.**

**JOSEPH HERMAN, Appellee**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-201,324**

**ORDER**

On March 28, 2019, we dismissed this appeal for want of prosecution. *See*
Tex. R. App. P. 37.3(b), 42.3(b). On April 29, 2019, the appellant, Tracey Denby,
filed a motion for extension of time to file a motion for rehearing. We granted the
motion for extension of time and the appellant filed a motion for rehearing. *See* Tex.
R. App. P. 49.1, 49.8. The appellee, Joseph Herman, filed a response to the motion
for rehearing. *See* Tex. R. App. P. 49.2.

1

The motion for rehearing filed by the appellant is granted. *See* Tex. R. App. P. 49.3. We withdraw our Opinion of March 28, 2019, and the judgment entered thereon on the same date. We reinstate the appeal on the Court's docket. The brief of the appellant, received May 6, 2019, is filed. The brief of the appellee is due **Friday, June 21, 2019**.

ORDER ENTERED May 20, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger, and Johnson, JJ.